**Opinion issued September 15, 2016**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-15-00838-CV

————————————

## IN RE CHARLES STORER, AGENT UNDER A POWER OF ATTORNEY FOR KENNETH COOPER MCAFEE, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, Charles Storer, agent under a power of attorney for Kenneth Cooper McAfee, has filed a motion to dismiss his petition for writ of mandamus.[1] On August 24, 2016, relator filed a motion to dismiss this proceeding because the parties have resolved this matter. Although the motion does not include a

---

[1] The underlying case is *In re Janet F. McAfee, Deceased; Rosemary Folyn and Jake Folyn v. The GMS Group, LLC and Woodforest National Bank*, cause number 396,935-401, pending in the Probate Court No. 1 of Harris County, Texas, the Honorable Loyd Wright presiding.

certificate of conference, more than ten days have passed and no party has responded to the motion. *See* Tex. R. App. P. 10.1(a)(5), 10.3(a).

Accordingly, we grant the motion and dismiss relator's petition for writ of mandamus. *Cf.* Tex. R. App. P. 42.1(a)(1). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Higley, Huddle, and Lloyd.